IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY MILLER, et al, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | CIVIL ACTION <br> NO. 16-5597 |

## ORDER

**AND NOW**, this 29th day of March 2018, upon consideration of Plaintiffs' Motion to Conditionally Certify a Collective Action and To Issue Notice (Doc. No. 46); Plaintiffs' Brief in Support of Their Motion to Conditionally Certify a Collective Action and to Issue Notice and Exhibits (Doc. Nos. 47-47-5); Defendant's Opposition to Plaintiffs' Motion to Conditionally Certify a Collective Action and To Issue Notice and Exhibits (Doc. Nos. 50-50-8); Plaintiffs' Reply Brief in Support of Their Motion to Conditionally Certify a Collective Action and To Issue Notice (Doc. No. 60); arguments of counsel for the parties at the December 21, 2017 hearing; and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that the Motion to Conditionally Certify a Collective Action and to Issue Notice (Doc. No. 46) is **GRANTED** as follows:

1. The Court conditionally certifies a collective action as set forth in the accompanying Opinion.

2. No later than **April 23, 2018**, after meeting and conferring with counsel for Defendant regarding the form of Notice, Plaintiffs shall submit to the Court an agreed-upon form of Notice to be sent to all potential opt-in members of the collective action. The Notice shall be consistent with the directives in the accompanying Opinion.

1

3. If the Court approves of the Notice, the Court will notify the parties and from the date of such approval, Defendant shall have **30 days** to provide Plaintiffs' counsel with a computer-readable Excel file containing the full name, last known mailing address, and last known e-mail address of all persons employed by Defendant as an hourly-paid banking employee[1] on or after March 28, 2015, so that Plaintiffs may distribute the Notice once the Court approves the form of the Notice.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] In accordance with the Opinion of the Court, the parties will meet and confer to determine the categories of employees who fit within the description: "hourly-paid banking employees."