IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEVERLY MILLER, et al,

          Plaintiffs,

   v.

WELLS FARGO BANK, N.A.,

          Defendant.

CIVIL ACTION
NO. 16-5597

## **ORDER**

**AND NOW**, this 31st day of May 2018, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 51); Defendant's Memorandum in Support of the Motion (Doc. No. 53); Plaintiffs' Response in Opposition (Doc. No. 63); Defendant's Reply in Support of the Motion (Doc. No. 69); Defendant's Supplemental Memorandum of Law in Support of the Motion (Doc. No. 81); Plaintiffs' Supplemental Memorandum of Law in Opposition to the Motion (Doc. No. 82); the arguments of counsel for the parties at the December 21, 2017 hearing; and in accordance with the Opinion issued on this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 51) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.